Exhibit B



Protected Health Information

# Fax

| To: | Sandra Ryder | Fax: | 610-705-1765 |
|---|---|---|---|
| From: | Mark Haworth | Date: | 02/24/2016 |
| Re: | Accession # 896086K | Pages: | 4 |
| cc: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

Notes:

**Confidentiality Notice:**
The medical and/or personal information in this fax message is confidential and protected by both State and Federal Law. Unauthorized persons must not review, copy, disclose or disseminate such information. If you are not the intended FAX recipient or the intended recipient's agent, you have received this fax message in error—please do not review or further disclose the information contained in this fax. If you have received this fax in error, please notify us immediately at the telephone number indicated above and either destroy these documents or return the originals to us by mail. Thank you.

```
15039584  AREA/ROUTE/STOP: XXXXXXX
THE HILL SCHOOL

717 E HIGH ST
POTTSTOWN, PA  19464


2314412                KUYPER,JASON                     2314412

1  2314412  896086K              02142016     02162016  02232016 11:23PM
     Client Site Location:
     REASON FOR TEST: REASONABLE SUSPICION/CAUSE
     DONOR ID VERIFIED: PHOTO I.D.


     FINAL


              ***  POSITIVE/ABNORMAL REPORT  ***

Tests Ordered:  29424N (SAP9+AL/SYN CAN/STIM)

Urine Specimen Validity Testing                Acceptable Range

  CREATININE                112.8 mg/dL         >/= 20 mg/dL
  pH                        7.1                 4.5-8.9
  OXIDIZING ADULTERANTS     Negative

Urine Substance Abuse Panel                    Initial       MS Confirm
                                               Test Level    Test Level

  AMPHETAMINES              Negative          1000 ng/mL     500 ng/mL
  BARBITURATES              Negative           300 ng/mL     200 ng/mL
  BENZODIAZEPINES           Negative           300 ng/mL     200 ng/mL
  COCAINE METABOLITES       Negative           300 ng/mL     150 ng/mL
  MARIJUANA METABOLITES     Negative            50 ng/mL      15 ng/mL
  METHADONE                 Negative           300 ng/mL     200 ng/mL
  MDA-ANALOGUES             Negative           250 ng/mL     200 ng/mL
  OPIATES                   Negative           300 ng/mL     300 ng/mL
  OXYCODONES                Negative           100 ng/mL     100 ng/mL
  PHENCYCLIDINE             Negative            25 ng/mL      25 ng/mL
  PROPOXYPHENE              Negative           300 ng/mL     200 ng/mL
  ALCOHOL, ETHYL (U)        Negative                          .02 * (1)

Other Drugs

                        INVALID RESULT: GC/MS INTERFERENCE


Urine Synthetic Stimulants

  ALPHA-PVP                 Negative            50 ng/mL      50 ng/mL
  BUTYLONE                  Negative            50 ng/mL      50 ng/mL
  FLEPHEDRONE               Negative            50 ng/mL      50 ng/mL
  MDPV                      Negative            50 ng/mL      50 ng/mL
  MEPHEDRONE                Negative            50 ng/mL      50 ng/mL
        >> REPORT CONTINUED ON NEXT PAGE <<
```

CONTINUED REPORT

15039584 AREA/ROUTE/STOP: XXXXXXX
THE HILL SCHOOL

717 E HIGH ST
POTTSTOWN, PA  19464


2314412                    KUYPER,JASON                      2314412

2  2314412  896086K              02142016        02152016  02232016 11:23PM
   Client Site Location:
   REASON FOR TEST: REASONABLE SUSPICION/CAUSE
   DONOR ID VERIFIED: PHOTO I.D.


          FINAL


| Urine Synthetic Stimulants | | Initial Test Level | MS Confirm Test Level |
|---|---|---|---|
| METHEDRONE | Negative | 50 ng/mL | 50 ng/mL |
| METHYLONE | Negative | 50 ng/mL | 50 ng/mL |
| PENTEDRONE | Negative | 50 ng/mL | 50 ng/mL |
| PENTYLONE | Negative | 50 ng/mL | 50 ng/mL |

| Urine Synthetic Cannabinoids | | | |
|---|---|---|---|
| AB-Fubinaca | Negative | 10 ng/mL | 10 ng/mL |
| AB-Fubinaca metabolite 2 | Negative | 10 ng/mL | 10 ng/mL |
| AB-Pinaca pentanoic acid | Negative | 10 ng/mL | 10 ng/mL |
| AKB-48 (5-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| AKB-48 pentanoic acid | Negative | 10 ng/mL | 10 ng/mL |
| AM-2201 (4-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| BB-22 (3-carboxyindole) | Negative | 10 ng/mL | 10 ng/mL |
| 5-F-AB-Pinaca | Negative | 10 ng/mL | 10 ng/mL |
| F-PB-22 carboxyindole | Negative | 10 ng/mL | 10 ng/mL |
| JWH-018 (4-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-018 (5-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-019 (5-hydroxyhexyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-073 (3-hydroxybutyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-073 (4-hydroxybutyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-122 (5-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-210 (5-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| JWH-250 (4-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| MAM-2201 pentanoic acid | Negative | 10 ng/mL | 10 ng/mL |
| PB-22 (3-carboxyindole) | Negative | 10 ng/mL | 10 ng/mL |
| UR-144 pentanoic acid | Negative | 10 ng/mL | 10 ng/mL |
| UR-144 (5-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |
| XLR-11 (4-hydroxypentyl) | Negative | 10 ng/mL | 10 ng/mL |

Urine HPP/MPP - Antidep/Antihist/Stim

   STIMULANTS                    Negative

HPP/MPP Classes & Drugs Tested

          >> REPORT CONTINUED ON NEXT PAGE <<

CONTINUED REPORT

15039584 AREA/ROUTE/STOP: XXXXXXX
THE HILL SCHOOL

717 E HIGH ST
POTTSTOWN, PA  19464

2314412                KUYPER,JASON                    2314412

3  2314412  896086K            02142016      02162016  02232016 11:23PM
   Client Site Location:
   REASON FOR TEST: REASONABLE SUSPICION/CAUSE
   DONOR ID VERIFIED: PHOTO I.D.

        FINAL

HPP/MPP Classes & Drugs Tested

   Urine Tested by for the following Drugs and/or Metabolites:

     Stimulants:
       Methylphenidate

| MPP – Other | | Initial Test Level | MS Confirm Test Level |
|---|---|---|---|
| COTININE | POSITIVE | 200 ng/mL | 200 ng/mL |

Urine Quantitative Results

  COTININE                        650 ng/mL ✓

* (1) Test confirmed by GC

        CERTIFYING SCIENTIST: KPAK01
 SPECIMEN RECEIVED AND PROCESSED IN THE NORRISTOWN DHHS CERTIFIED LABORATORY.

LAB          Quest Diagnostics-Norristown
             400 Egypt Rd
             Norristown PA 19403

                    >> END OF REPORT <<